IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FCA US LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　Defendants. | Case No. 25-cv-07655<br><br>**Judge Mary M. Rowland**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

**AGREED MOTION FOR ENTRY OF AN AGREED ASSET RESTRAINT ORDER
AS TO DEFENDANT LABLT**

Pursuant to the Court's Order at the Hearing on September 3, 2025, Plaintiff FCA US LLC ("Plaintiff") and Defendant LABTL (Def. No. 14) ("Defendant") (together, the "Parties") hereby move this Honorable Court for entry of an Agreed Asset Restraint Order as to Defendant. The Parties agree that the asset restraint currently placed on Defendant's Amazon financial account should be modified to restrain Eight Thousand Six Hundred Forty-Seven Dollars ($8,647) until final disposition of this case as to Defendant or until otherwise ordered by the Court. As such, the Parties move this Honorable Court for entry of an Agreed Asset Restraint Order as to Defendant. A copy of the proposed Agreed Asset Restraint Order as to Defendant has been submitted to Proposed_Order_Rowland@ilnd.uscourts.gov.

Dated this 4th day of September 2025.     Respectfully submitted,

/s/ *Justin R. Gaudio*
Amy C. Ziegler
Justin R. Gaudio
Berel Y. Lakovitsky
Hannah A. Abes
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
blakovitsky@gbc.law
habes@gbc.law

*Counsel for Plaintiff FCA US LLC*

/s/ *Steven G. Kalberg*
David R. Bennett
Steven G. Kalberg
Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com
skalberg@directionip.com

*Counsel for Defendant No. 14 LABLT*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of September 2025, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send a "Notice of E-Filing" to the attorneys of record in the case.

*/s/ Steven G. Kalberg*
Steven G. Kalberg
